ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ROBERTO RODRIGUEZ

NO.  3 ‑ 2 4 C R 0 1 0 1 ‑ E



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 1 9 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**INDICTMENT**

The Grand Jury charges:

### Count One
### Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about February 26, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Roberto Rodriguez**, knowing that he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Ruger, Model EC9s, 9mm caliber pistol, bearing serial number 456-52166.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Indictment—Page 1

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Roberto Rodriguez**, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

This property includes, but is not limited to, the following:

1.      a Ruger, Model EC9s, 9mm caliber pistol, bearing serial number 456-52166, and any ammunition recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8600
Fax: 214-659-8806
Email: Robert.Withers@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ROBERTO RODRIGUEZ

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Possession of a Firearm by a Convicted Felon
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this 19th day of March, 2024.

_____
Defendant in Federal Custody since March 1, 2024.
Warrant to be Issued

_____
UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending:  3:23-cr-00024-L